IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| SHELLY & SANDS, INC., et al. | CASE NO.   2:22-CV-04144 |
| Plaintiffs, | JUDGE MICHAEL H. WATSON |
| vs. | MAGISTRATE JUDGE KIMBERLY A. JOLSON |
| RICK DEMENT, et al., | |
| Defendants. | **STIPULATION FOR EXTENSION OF TIME** |

Pursuant to Local Rule 6.1 the parties, by their respective counsel, hereby stipulate and agree to extend the time for Defendants Rick Dement, Rayland Marina LLC and Ohio River Marine LLC ("Defendants") to answer or otherwise plead to the Complaint in this matter for twenty-one (21) days, or until Wednesday, January 11, 2022.  No prior stipulated extensions of time have been given to these Defendants and, together with this extension, the total time of extension(s) to these Defendants does not exceed twenty-one (21) days.

Respectfully submitted,

*/s/ John M. Kuhl (via email approval)*
Joseph R. Miller (0068463), Trial Attorney
John M. Kuhl (0080966)
Emily J. Taft (0098037)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street, P.O. Box 1008
Columbus, OH 43216
Tel. 614.464.6233
Fax. 614.719.4630
jrmiller@vorys.com
jmkuhl@vorys.com
ejtaft@vorys.com
*Counsel for Plaintiffs, Shelly & Sands, Inc. and S & S Terminal, Inc.*

*/s/ Gregory H. Melick*
Gregory H. Melick (0065694)
ROETZEL & ANDRESS, LPA
41 South High Street
Huntington Center, 21st Floor
Columbus, OH  43215
Tel.  614.463.9770
Fax.  614.463.9792
gmelick@ralaw.com
*Attorney for Rick Dement, Rayland Marina LLC and Ohio River Marine LLC*